IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 01-635 DSD/JMM

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEPHEN ERHART,
CORAL K. PETERSON, and
ADVANTAGE PLUS CHIROPRACTIC
CENTER,

Defendants.

**STIPULATION AND ORDER**

The Parties hereby stipulate and agree that the terms of the Preliminary Injunction entered in the above-entitled matter on April 19, 2001, shall remain in effect until the final disposition and sentencing in the related criminal matters, at which time the amount of loss will be quantified and the amount of restitution will be determined. After the final disposition of the assets governed by the Preliminary Injunction, the United States will propose the entry of a permanent injunction addressing future conduct. This Stipulation does not waive the rights of any party on any disputed issues in the civil or

MAR 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

criminal matters presently before the Court.

Dated: 3-19-02

THOMAS B. HEFFELFINGER
United States Attorney

BY: JOAN D. HUMES
Assistant U.S. Attorney
Attorney ID Number 214462
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorney for Plaintiff

Dated: 3/13/02

JOSEPH P. TAMBURINO, Esq.
Allan H. Caplan & Assoc., P.A.
525 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402

Dated: 3-19-02

RICHARD KOCH, Esq.
3109 Hennepin Avenue South
Minneapolis, MN 55408

Attorneys for Defendants

IT IS SO ORDERED.

Dated: 3/29/02

DAVID S. DOTY, Judge
United States District Court