IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 01-635 DSD/JMM

UNITED STATES OF AMERICA,
Plaintiff,

v.

STEPHEN ERHART,
CORAL K. PETERSON, and
ADVANTAGE PLUS CHIROPRACTIC CENTER,
Defendants.

ORDER

On April 19, 2001, this Court restrained and enjoined Defendant, Coral K. Peterson, from withdrawing or transferring monies received as a result of the alleged federal health care fraud offenses. Stipulation and Order of April 19, 2001.

On March 29, 2002, the parties stipulated, and this Court ordered, that the Preliminary Injunction would remain in effect until the final disposition and sentencing of the related criminal matter. Stipulation and Order of March 29, 2002.

The related criminal matter has been resolved as to Defendant Coral Peterson. On May 2, 2002, Defendant Coral Peterson was sentenced for health care fraud and money laundering and the monies enjoined by this Court's order were ordered surrendered to the Court for payment of restitution.

Accordingly, based on all the files, records and proceedings

FILED 5-15-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

herein, the monies subject to the Preliminary Injunction, are hereby released from the terms of the Preliminary Injunction, and available for restitution, consistent with the Judgment and Commitment.

IT IS SO ORDERED.

Dated: 5/15/02

DAVID S. DOTY, Judge
United States District Court