IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 01-635 DSD/JMM

UNITED STATES OF AMERICA,
Plaintiff,

v.

STEPHEN ERHART,
CORAL K. PETERSON, and
ADVANTAGE PLUS CHIROPRACTIC
CENTER,
Defendants.

ORDER

On April 19, 2001, this Court restrained and enjoined Defendant, Stephen Erhart, from withdrawing or transferring monies received as a result of the alleged federal health care fraud offenses. Stipulation and Order of April 19, 2001.

On March 29, 2002, the parties stipulated, and this Court ordered, that the Preliminary Injunction would remain in effect until the final disposition and sentencing of the related criminal matter. Stipulation and Order of March 29, 2002.

The related criminal matter has been resolved as to Defendant Stephen Erhart. On March 4, 2002, Defendant Erhart pleaded guilty in Criminal No. 01-300 (DWF/AJB) to the health care fraud and money laundering offenses alleged in the Indictment without benefit of a plea agreement. Pursuant to Rule 32.2(b)(1), United States District Judge Donovan W. Frank then made a determination of the forfeiture to be ordered. Findings of Fact, Conclusions of Law,



FILED 6-4-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Order and Memorandum, March 13, 2002. On May 23, 2002, United States District Judge Donovan W. Frank entered a Preliminary Order of Forfeiture ordering a $16,459.56 personal money judgment forfeiture against Defendant Erhart and forfeiting all his right, title and interest in the monies enjoined by this Court's order. Preliminary Order of Forfeiture, May 23, 2002.

Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure provides that:

> The entry of a preliminary order of forfeiture authorizes the Attorney General (or a designee) to seize the specific property subject to forfeiture; to conduct any discovery that the court considers proper in identifying, locating, or disposing of the property; and to commence proceedings that comply with any statutes governing third party rights. At sentencing-or at any time before sentencing if the defendant consents-the order of forfeiture becomes final as to the defendant and shall be made a part of the sentence and included in the judgment. . . .

The United States Marshal is ready to execute the Preliminary Order of Forfeiture by seizing the enjoined funds. The United States Attorney's Office will then commence proceedings to determine any third party rights to the seized funds. The seized funds will not be disposed of until after Defendant Erhart is sentenced.

Accordingly, based on all the files, records and proceedings herein, the monies subject to the Preliminary Injunction, are hereby released from the terms of the Preliminary Injunction, and

available for forfeiture, consistent with the Preliminary Order of Forfeiture entered in Criminal No. 01-300 (DWF/AJB). Wells Fargo and Merrill Lynch shall release the monies to the United States Marshals Service upon presentation of a copy of the Preliminary Order of Forfeiture and this Order.

IT IS SO ORDERED.

Dated: June 4, 2002

DAVID S. DOTY, Judge
United States District Court

## Featured Speakers Include:

District of Minnesota

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

United States Bankruptcy Court
District of Minnesota

Judge Robert J. Kressel

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
**PAID**
Minnespolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

**In connection with
The Federal Judiciary**

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002
8:00 am—5:15 pm**

**Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** *Judge Ann D. Montgomery* |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** *Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)* |
| 9:00-9:45 | **Current Issues in Employment Law,** *Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)* |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** *Tom Heffelfinger (U.S. Attorneys Office)* |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** *Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,* |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** *Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon* |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** *Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)* |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** *Daniel M. Scott (U.S. Federal Public Defenders' Office)*; **Response by the Department of Justice --** *Tony Brown (U.S. Attorneys Office)* |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** *Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)* |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** *Martin A. Cole (Lawyers Professional Responsibility Office)* |

## Seminar Registration

☐ Member $195.00
☐ Non-Member $225.00

Name ____________________
Firm/Employer ____________________
Address ____________________
____________________
Phone ____________________
E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President,
Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building