IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 01-635 DSD/~~JMM~~ SRN

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. STEPHEN ERHART, CORAL K. PETERSON, and ADVANTAGE PLUS CHIROPRACTIC CENTER, Defendants. | **STIPULATION AND ORDER FOR DISMISSAL** |

The parties to the above-entitled matter hereby stipulate to the dismissal of this cause of action without costs to any party.

Dated: 10-23-02

THOMAS B. HEFFELFINGER
United States Attorney

Joan D. Humes

BY: JOAN D. HUMES
Assistant U.S. Attorney
Attorney ID Number 214462
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for Plaintiff

Dated:

JOSEPH P. TAMBURINO, Esq.
Allan H. Caplan & Assoc. P.S.
525 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402

FILED FEB 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Dated: 30 January 2003

Richard D Koch
RICHARD KOCH, Esq.
3109 Hennepin Avenue South
Minneapolis, MN 55408

Attorneys for Defendants

IT IS SO ORDERED.

2/10/03

DAVID S. DOTY, Judge
United States District Court